CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Mortgage Made by W. A. R. REALTY CORPORATION, Plaintiff, *v.* W. A. R. REALTY CORPORATION et al., Defendants.

JACK S. STRAUSS, Individually, and on Behalf of All Other Stockholders Similarly Situated, Appellant; MIDTOWN ENTERPRISES, INC., Respondent.

Counsel appeared April 17, 1946; decided April 18, 1946.

*Abraham J. Halprin* for motion.
*Paul O'Dwyer* opposed.

Motion granted and appeal dismissed.